■ In the Matter of NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, On Behalf of MARJORIE BEITER, Respondent, v JERRY REMSNYDER, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs *(see, Matter of Jane PP. v Paul QQ.,* 64 NY2d 15, 17, 18). (Appeal from Order of Niagara County Family Court, Halpin, J.—Paternity.) Present—Dillon, P. J., Callahan, Denman, Green and Pine, JJ.

■ POLVINO CONSTRUCTION COMPANY, INC., Respondent, v DEAN LAWRENCE et al., Appellants.—Order and judgment unanimously affirmed with costs. Memorandum: In this landlord-tenant proceeding, respondents appeal from an order and judgment which summarily awarded petitioner a warrant of eviction and a money judgment in the principal amount of $3,400, representing unpaid rent of $200 per month. Respondents contend that there are triable questions of fact with respect to the validity of petitioner's deed to the property and whether respondents are obligated to pay rent.

Summary judgment was properly granted to petitioner because respondents' conclusory assertions were insufficient to raise triable questions of fact. Despite conveying the property to petitioner under an agreement that expressly provided that respondents were to retain no interest therein, respondents have remained in possession for over three years and have paid no rent. Objectively viewed, the uncontroverted proof warrants the inference that the parties intended to assume the relation of landlord and tenant *(see,* 14 Carmody-Wait 2d, NY Prac § 90:137, at 108), that respondents have occupied the premises as tenants, and that they expressly or implicitly agreed to pay rent. Thus, the court did not err in evicting respondents. No challenge is raised on appeal to the amount of respondents' rent obligation. (Appeal from Order and Judgment of Supreme Court, Monroe County, Rosenbloom, J.—Eviction.) Present—Dillon, P. J., Callahan, Denman, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL BOTELHO, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Criminal Possession Forged Instrument, 2nd Degree.) Present—Doerr, J. P., Boomer, Balio, Lawton and Davis, JJ.